NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALTER WOJTCZAK,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2013-5025

---

Appeal from the United States Court of Federal Claims in case no. 12-CV-0449, Judge Margaret M. Sweeney.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Walter Wojtczak's motion to withdraw his appeal,

IT IS ORDERED THAT:

(1)  The motion is granted and the appeal is dismissed.

(2)  Each side shall bear its own costs.

WALTER WOJTCZAK V. US                                                      2

                                   FOR THE COURT

                                   /s/ Jan Horbaly
                                   Jan Horbaly
                                   Clerk

s26

Issued As A Mandate: February 28, 2013